

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable John W. Crudington
County Auditor
Potter County
Amarillo, Texas

Dear Sir:

Opinion Number O-5257
Re: Does the Commissioners' Court
of Potter County have the
authority to invest Fifty
Thousand Dollars from Road
and Bridge Fund in United
States War Bonds?

Your telegram of April 27, 1943, requesting the opinion of this department on the above question has been received and carefully considered.

The authority to invest certain funds has been expressly conferred upon the Commissioners' Court in certain instances by the Legislature, and in conferring this authority the Legislature has named the character of the securities in which such money may be invested. The Commissioners' Court is a court of limited power and unless the authority to invest particular funds is conferred by law, the court is without power to make the investment. Howard vs. Henderson County, 116 S. W. (2d) 479, Wallace vs. Commissioners' Court of Madison Co., 15 S. W. (2d) 535. No authority has been conferred upon Commissioners' Courts to invest the money in the Road and Bridge fund and therefore the court is without power to invest such funds in Defense Bonds or in any other securities.

We think your question has been answered by the Attorney

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

285

Honorable John W. Crudington, page #2

General in Opinions Nos. 0-4906 and 0-5223, and we are enclosing copies of these opinions.

APPROVED MAY 3, 1943

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *C. F. Gibson*

C. F. Gibson
Assistant

CFG-s
Encls.

*OK.*
*C. C. R.*

